

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

February 20, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/26/2015 4:08:21 PM

CHRISTOPHER A. PRINE
Clerk

DAUCIE SCHINDLER
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FL
HOUSTOIN. TX 77002

Defendant's Name:  WILLIAM MARKS

Cause No:  1852394

Court:  COUNTY CRIMINAL COURT AT LAW # 7

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  1/07/15
**Sentence Imposed Date:**  1/07/15
**Court of Appeals Assignment:  Fourteenth Court of Appeals**
**Appeal Attorney of Record:**  DAUCIE SCHINDLER
**Motion for New Trial Filed:** 2/03/15

Sincerely,

S. NORRIS

Criminal Post Trial Deputy

CC:  Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

SANDRA POWELL (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.